# **EXHIBIT A**

## **Allison Barton Venue Declaration**

Naomi Spector (SBN 222573)
Email: nspector@kamberlaw.com
**KAMBERLAW, LLP**
3451 Via Montebello, Ste.192-212
Carlsbad CA 92009
Phone: 310.400.1053
Fax: 212.202.6364

Counsel for Plaintiff Allison Barton, and the putative Class

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually, and on behalf of others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>           Defendant. | Case No.:  3:24-CV-01332-GPC-SBC<br><br>**DECLARATION OF PLAINTIFF ALLISON BARTON IN SUPPORT OF COMPLAINT AND REGARDING VENUE PURSUANT TO CAL. CIVIL CODE § 1780(d)** |

I, Allison Barton, hereby declare:

1. I am a named-plaintiff and a prospective class member in the above-entitled action.

2. I am an adult, over 18 years old. I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

3. I am currently a resident of San Diego, California and a citizen of California.

4. The Complaint filed in this matter contains causes of action for violations of: (1) Unfair and Unlawful Business Acts and Practices, Cal. Business & Professions Code §§ 17200 *et seq.* (the "UCL"); (2) Deceptive Advertising Practices, Cal. Business & Professions Code §§ 17500 *et seq.* (the "FAL"); and (3) California's Consumer Legal Remedies Act, Cal. Civil Code §§ 1750 *et seq.* (the "CLRA"). These causes of action arise out of Defendant The Procter & Gamble Company's deceptive, unfair, and false merchandising practices with respect to its Tampax Pearl tampons (collectively the "Products").

5. California Civil Code § 1780(d) provides that a plaintiff seeking to bring a claim under Section 1780(a) of the California Consumer Legal Remedies Act may commence that action "in the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred."

6. I purchased the Products at issue in San Diego, California.

7. Accordingly, the Complaint filed in the above-entitled action is filed in the proper venue pursuant to Civil Code § 1780(d).

8. I purchased the Products on numerous occasions during the Class Period (as defined in the Complaint), including in the following sizes: light, regular and super.

9. To the best of my recollection, I purchased the Products from CVS, Target, Rite Aid and Walgreens stores.

10. To the best of my recollection, most recently I purchased Tampax Pearl tampons in the super size between April and July of 2024 from a CVS store.

11. The price paid for the Products varied based on the number of tampons in the box.

12. To the best of my recollection, the Products cost between approximately $5.99 to $13.99 per box.

13. At the time of purchase, I viewed the box label statements (the "Representations").

14. I relied on the Representations and the reputation of the Products in purchasing the Products.

15. At the time I purchased the Products I did not know that the Products contain lead.

16. If I had known that the Products contain lead, I would not have purchased the Products.

17. I would like to purchase the Products in the future if they do not contain lead.

18. I am concerned, however, that I will not know if the Products continue to contain lead because Defendant failed to disclose the presence of lead in the Products in the first place.

19. I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on Jul 28, 2024, in San Diego, California.

*Allison Barton*

**ALLISON BARTON**