UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON and JANA MORENO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No.3:24-CV-01332-GPC-SBC<br><br>**ORDER TO SHOW CAUSE**<br><br>**[ECF No. 3]** |

Plaintiffs filed a complaint against the Procter & Gamble Company ("Defendant") on July 29, 2024. ECF No. 1. Less than two weeks later, another case was filed against the same Defendant by different plaintiffs. *See* Case No. 3:24-cv-01416-GPC-SBC ("*Willis-Albrigo*"), ECF No. 1. Both Complaints allege fraud and violations of consumer protection, and seek to certify a class. Given the similarity in the factual and legal issues, the Court hereby **ORDERS** both Plaintiffs and Defendant to show cause as to why the Court should not consolidate this case with *Willis-Albrigo* and appoint interim class counsel. The parties are ordered to show cause by **November 22, 2024.**

**IT IS SO ORDERED.**

1

1 | Dated: September 27, 2024

Hon. Gonzalo P. Curiel
United States District Judge