Naomi B. Spector (SBN 222573)
Email: nspector@kamberlaw.com
KAMBERLAW, LLP
3451 Via Montebello, Ste. 192-212
Carlsbad, CA 92009
Phone: 310.400.1053
Fax: 212.202.6364

*Counsel for Plaintiffs and
the putative Class*

Megan L. Rodgers (SBN 310344)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: mrodgers@cov.com

Andrew Soukup (*pro hac vice*)
David Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: asoukup@cov.com
Email: dsneed@cov.com

*Attorneys for Defendant
The Procter & Gamble Co.*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLISON BARTON and JANA MORENO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No.: 3:24-cv-01332-GPC-SBC<br>*The Honorable Gonzalo P. Curiel*<br><br>**JOINT MOTION TO DISMISS PLAINTIFF JANA MORENO WITH PREJUDICE** |

## **JOINT MOTION TO DISMISS PLAINTIFF JANA MORENO**

Pursuant to Local Rule 7.2 and the Civil Pretrial and Trial Procedures of the Honorable Judge Curiel, Plaintiff Jana Moreno ("Plaintiff Moreno") and Defendant The Procter & Gamble Co. ("P&G") (collectively, the "Parties"), by and through their counsel, jointly move to dismiss Plaintiff Jana Moreno as a Plaintiff and representative of the putative Class and to dismiss her individual claims with prejudice.

In support of this Motion, Plaintiff Moreno states as follows:

1. Due to personal reasons, Plaintiff Moreno is no longer able to continue as a Plaintiff and representative of the putative Class;

2. Counsel for the Parties have met and conferred and have agreed to dismiss Plaintiff Moreno as a Plaintiff and representative of the putative Class, and to dismiss her individual claims with prejudice;

3. The Parties agree to bear their own costs and expenses with respect to Plaintiff Moreno and her individual claims;

4. This dismissal is sought prior to the deadline to move for class certification and will not prejudice the Parties. *See e.g.* ECF No. 51, ¶ 3.

WHEREFORE, the Parties respectfully request that this Court enter an order granting this Joint Motion and dismissing Plaintiff Jana Moreno and her individual claims with prejudice.

Dated: January 8, 2026                    Respectfully submitted,

                                                      KAMBERLAW LLP

                                    By:    */s/ Naomi B. Spector*
                                                Naomi B. Spector (SBN 222573)
                                                3451 Via Montebello, Ste. 192-212
                                                Carlsbad, CA 92009
                                                Phone: 310.400.1053
                                                Fax: 212.202.6364
                                                Email: nspector@kamberlaw.com

*Attorneys for Plaintiffs Allison Barton and Jana Moreno, and the Putative Class*

<u>The filer of this document certifies that authorization was obtained for the electronic signature of all parties on the document.</u>

COVINGTON & BURLING LLP

*/s/ Megan L. Rodgers*

Megan L. Rodgers (SBN 310344)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Email: mrodgers@cov.com

Andrew Soukup (*pro hac vice*)
David N. Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Email: asoukup@cov.com
Email: dsneed@cov.com

*Attorneys for Defendant The Procter & Gamble Co.*