UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON BARTON, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>                        Defendant. | Case No.: 3:24-cv-1332-GPC-SBC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR CLASS CERTIFICATION MOTION AND SET A BRIEFING SCHEDULE**<br><br>**[Dkt. No. 61]** |

Before the Court is the parties' March 13, 2026, Joint Motion to Extend Deadline for Class Certification Motion and Set a Briefing Schedule (hereafter "Joint Motion") (Dkt. No. 61). Good cause appearing, the Joint Motion is **GRANTED.** All other deadlines shall remain the same (*see* Dkt. No. 51).

///

///

///

///

///

///

1

| Deadline | Current Date: | New Date: |
|---|---|---|
| Motion for class certification | April 29, 2026 | May 13, 2026 |
| Opposition to class certification | - | June 12, 2026 |
| Reply to class certification | - | July 3, 2026 |

**IT IS SO ORDERED.**

Dated: March 18, 2026

_____
Hon. Steve B. Chu
United States Magistrate Judge

3:24-cv-1332-GPC-SBC